IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRYL A. CHANDLER, ) | |
| ) | CIVIL NO. 8:05CV227 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXTENDING |
| ) | TIME TO FILE BRIEF |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER of the SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |

 THIS MATTER came on for hearing this 27th day of September, 2005 on the motion of the plaintiff, Jerryl A. Chandler, by and through his attorney, James E. Connor, for an order extending the time in which to respond to the Court's Order of July 21, 2005 regarding the deadline for filing plaintiff's brief for and additional 3 days until September 29, 2005.  Said motion is not contested by defendant.

 THE COURT, being fully advised in the premises, orders that plaintiff be granted and additional two (3) days, until September 29, 2005, in which to file his brief.

                By the Court:


                s/ Joseph F. Bataillon
                District Court Judge


PREPARED AND SUBMITTED BY:

James E. Connor, #15926
CONNOR LAW OFFICE
400 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102

(402) 345-3322
ATTORNEY FOR PLAINTIFF