IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRYL A. CHANDLER, | ) | |
| | ) | CIVIL NO. 8:05CV227 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LEAVE FOR |
| | ) | PLAINTIFF TO FILE BRIEF |
| JO ANNE B. BARNHART, | ) | OUT OF TIME |
| COMMISSIONER of the SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |

Defendant.

THIS MATTER came on for hearing this 7th day of October, 2005 on the motion of the plainfiff, Jerryl A. Chandler, by and through his attorney, James E. Connor,  for an order granting leave for the filing plaintiff's brief, which was due October 3, 2005, out of time.  That said brief has been filed on October 4, 2005 at 12:03 a.m.

THE COURT, being fully advised in the premises, orders that plaintiff be granted leave to file his brief out of time.

By the Court:


s/Joseph F. Bataillon
District Court Judge


PREPARED AND SUBMITTED BY:

James E. Connor, #15926
CONNOR LAW OFFICE
400 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102
(402) 345-3322
ATTORNEY FOR PLAINTIFF